IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

CRP/HOLLAND BRENCHLEY ESTATES LP,  )
                                    )
              Plaintiff,            )    TC-MD 140204D
                                    )
         v.                         )
                                    )
CLACKAMAS COUNTY ASSESSOR,          )
                                    )
              Defendant.            )    **FINAL DECISION OF DISMISSAL**

This Final Decision incorporates without change the court's Decision entered September 8, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiff's motion to dismiss (motion), filed August 22, 2014, request that its appeal be withdrawn "conditioned on the real market roll value remaining at $50,792,623." (Ptf's mot at 1.) On September 3, 2014, Defendant filed a response stating, "the [Defendant] confirms that [it] agrees to keep the current roll value of $50,792,623 for the 2013-14 tax year." (Def's resp at 1.) Having considered Plaintiff's motion and Defendant's response, the court finds that Plaintiff's motion should be granted. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of September 2014.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR. Your Complaint must be submitted within __60__ days after the date of the Final Decision or this Final Decision cannot be changed.*
*This document was signed by Presiding Magistrate Jill A. Tanner on September 25, 2014. The court filed and entered this document on September 25, 2014.*